UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

POLYXENI (LINA) MOLOKOTOS-LIEDERMAN,

                Plaintiff,

- against -

THANASIS MOLOKOTOS, et al.,

                Defendants.

23 Civ. 1654 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

On May 24, 2023, plaintiff Polyxeni (Lina) Molokotos-Liederman ("Plaintiff") filed a letter requesting a case management conference in the above-captioned matter. (See Dkt. No. 34.) Defendants filed their opposition to Plaintiff's request on May 26, 2023. (See Dkt. Nos. 35, 36.) The Court hereby directs Plaintiff to respond to Defendants' letters within three (3) days of the date of this Order. Further, a case management conference on this matter is hereby scheduled for June 9, 2023 at 11:00 a.m. in Courtroom 15B of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

**SO ORDERED.**

Dated:    30 May 2023
             New York, New York

_____
Victor Marrero
U.S.D.J.