```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/16/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

POLYXENI (LINA) MOLOKOTOS-LIEDERMAN,

                Plaintiff,

- against -

THANASIS MOLOKOTOS, et al.,

                Defendants.

---

23 Civ. 1654 (VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

    A hearing in the above-captioned matter is currently scheduled for June 23, 2023 at 10:00 a.m. The hearing shall last two (2) hours. Plaintiff will have one hour and Defendants, collectively, will have one hour to examine any witnesses.

**SO ORDERED.**

Dated:    16 June 2023
            New York, New York

                                                      Victor Marrero
                                                      U.S.D.J.